**STANDING ORDERS**

(Rev. 01/2002)

1.    Within 30 days of filing a complaint, plaintiff shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district  judge.  Within 30 days of being served with a complaint or third party complaint, a defendant or third party defendant shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district judge.

2.    Civil law and motion is heard on the first and third Wednesdays of every month at 10:00 a.m.  Criminal law and motion is heard on the second and fourth Wednesdays of every month at 1:30 p.m.

3.    A copy of any brief or other document containing a legal citation **shall** be submitted to chambers on a diskette formatted preferably in WordPerfect 5, 6, 8 or 9.  A chambers copy of any document **may** be submitted on CD-ROM with hypertext links to exhibits.

4.    Any proposed order in a case subject to electronic filing shall be sent by e-mail to: bzpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the court.

5.    Unless expressly requested by the Court, documents should **not be faxed** to chambers but should be filed or lodged in accordance with the Local Rules of Court. The Court should not be routinely copied on correspondence between counsel.

6.    Motions for **summary judgment** shall be accompanied by a statement of the material facts not in dispute supported by citations to admissible evidence.  The

1  parties shall file a joint statement of undisputed facts where possible.  If the parties are

2  unable to reach complete agreement after meeting and conferring, they shall file a joint

3  statement of the undisputed facts about which they do agree.  Any party may then file a

4  separate statement of the additional facts that the party contends are undisputed.  A

5  party who without substantial justification contends that a fact is in dispute is subject to

6  sanctions.

7

8        7.    Parties are reminded that most procedural questions are answered in the

9  Local Rules or these Standing Orders.  Parties should not contact Chambers for

10  answers to procedural questions.  The Local Rules are available for public viewing at

11  the Court's internet site - http://www.cand.uscourts.gov.

12

13

14        **IT IS SO ORDERED**.

15

16  Dated:   January 17, 2002

17

18                                                  _____
                                                    BERNARD ZIMMERMAN
19  _____                United States Magistrate Judge

20

21

22

23

24

25

26

27

28