1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE CEMENT     | Case No.: C 07 2842 BZ
   | MASONS HEALTH AND WELFARE TRUST     |
12 | FUND FOR NORTHERN CALIFORNIA;       |
   | BOARD OF TRUSTEES OF THE CEMENT     |
13 | MASONS VACATION-HOLIDAY TRUST       | **STIPULATION TO ALLOW**
   | FUND FOR NORTHERN CALIFORNIA;       | **DEFENDANTS AN EXTENSION OF**
14 | BOARD OF TRUSTEES OF THE CEMENT     | **TIME TO FILE A RESPONSIVE**
   | MASONS PENSION TRUST FUND FOR       | **PLEADING; ORDER THEREON**
15 | NORTHERN CALIFORNIA; and BOARD OF   |
   | TRUSTEES OF THE CEMENT MASONS       |
16 | TRAINING TRUST FUND FOR NORTHERN    |
   | CALIFORNIA,                         |
17 |                                     |
   |              Plaintiffs,            |
18 |                                     |
   |    vs.                              |
19 |                                     |
   | NEIL JACKSON CONSTRUCTION, a        |
20 | California company, formerly known as KM |
   | JACKSON ENGINEERING, a California   |
21 | company; and NEIL JEFFERY JACKSON, an |
   | Individual,                         |
22 |                                     |
   |              Defendants.            |
23 |-------------------------------------|
   | BOARD OF TRUSTEES OF THE            | Case No.: C 07 2843 BZ
24 | LABORERS HEALTH AND WELFARE         |
   | TRUST FUND FOR NORTHERN             |
25 | CALIFORNIA; BOARD OF TRUSTEES OF    |
   | THE LABORERS VACATION-HOLIDAY       |
26 | TRUST FUND FOR NORTHERN             |
   | CALIFORNIA; BOARD OF TRUSTEES OF    |
27 | THE LABORERS PENSION TRUST FUND     |
   | FOR NORTHERN CALIFORNIA; and        |
28 | BOARD OF TRUSTEES OF THE            |
   | LABORERS TRAINING AND RETRAINING    |

| | |
|---|---|
| 1 | |
| 2 | TRUST FUND FOR NORTHERN CALIFORNIA, |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | vs. |
| 7 | NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual, |
| 8 | |
| 9 | |
| | Defendants. |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Trust Funds, on the one hand, and Defendants, on the other hand, through their respective counsel, that Neil Jackson Construction will be filing for bankruptcy protection and counsel for debtor and defendant Neil Jackson Construction is working with counsel for Plaintiffs Trust Funds in presenting Plaintiffs Trust Funds' claims in the bankruptcy court.

It is further stipulated that when Neil Jackson Construction, Inc. files its bankruptcy petition Plaintiffs Trust Funds will file its Notice of Stay with the Court as to Neil Jackson Construction. Further, Plaintiffs and defendant Neil Jeffery Jackson are working towards a resolution of the outstanding balances due Plaintiffs Trust Funds and that within thirty (30) days, either the parties will reach a resolution or Defendant Neil Jeffery Jackson will file a responsive pleading in this action.

///
///
///
///
///

1 | It is further stipulated that Defendants were served with the Summons and Complaint on June 5, 2007, their respective answers were due on or before June 25, 2007 and that Defendants have up to and including July 30, 2007 to file a responsive pleading in this action.

DATED: July 6, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Trust Funds

DATED: July 10, 2007

GANZER & WILLIAMS

By _____
James E. Ganzer

Attorneys for Defendants

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall up to and including July 30, 2007 to file a responsive pleading in this action.

DATED: July __, 2007

By _____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

6082418.1                                  -3-
STIPULATION FOR EXTENSION OF TIME; ORDER THEREON