1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 BOARD OF TRUSTEES OF THE CEMENT          Case No.: C 07 2842 BZ
   MASONS HEALTH AND WELFARE TRUST
12 FUND FOR NORTHERN CALIFORNIA;
   BOARD OF TRUSTEES OF THE CEMENT
13 MASONS VACATION-HOLIDAY TRUST            **STIPULATION TO ALLOW
   FUND FOR NORTHERN CALIFORNIA;            DEFENDANTS AN EXTENSION OF
14 BOARD OF TRUSTEES OF THE CEMENT          TIME TO FILE A RESPONSIVE
   MASONS PENSION TRUST FUND FOR            PLEADING; ORDER THEREON**
15 NORTHERN CALIFORNIA; and BOARD OF
   TRUSTEES OF THE CEMENT MASONS
16 TRAINING TRUST FUND FOR NORTHERN
   CALIFORNIA,
17
                Plaintiffs,
18
          vs.
19
   NEIL JACKSON CONSTRUCTION, a
20 California company, formerly known as KM
   JACKSON ENGINEERING, a California
21 company; and NEIL JEFFERY JACKSON, an
   Individual,
22
                Defendants.
23
   BOARD OF TRUSTEES OF THE                 Case No.:  C 07 2843 BZ
24 LABORERS HEALTH AND WELFARE
   TRUST FUND FOR NORTHERN
25 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS VACATION-HOLIDAY
26 TRUST FUND FOR NORTHERN
   CALIFORNIA; BOARD OF TRUSTEES OF
27 THE LABORERS PENSION TRUST FUND
   FOR NORTHERN CALIFORNIA; and
28 BOARD OF TRUSTEES OF THE
   LABORERS TRAINING AND RETRAINING

   6082418.1                          – 1 –
   ─────────────────────────────────────────────────────
        STIPULATION FOR EXTENSION OF TIME; ORDER THEREON

TRUST FUND FOR NORTHERN
CALIFORNIA,

                    Plaintiffs,

        vs.

NEIL JACKSON CONSTRUCTION, a
California company, formerly known as KM
JACKSON ENGINEERING, a California
company; and NEIL JEFFERY JACKSON, an
Individual,

                    Defendants.

## STIPULATION

        IT IS HEREBY STIPULATED by and between Plaintiffs Trust Funds, on the one hand,

and Defendants, on the other hand, through their respective counsel, that Neil Jackson

Construction will be filing for bankruptcy protection and counsel for debtor and defendant Neil

Jackson Construction is working with counsel for Plaintiffs Trust Funds in presenting Plaintiffs

Trust Funds' claims in the bankruptcy court.

        It is further stipulated that when Neil Jackson Construction, Inc. files its bankruptcy

petition Plaintiffs Trust Funds will file its Notice of Stay with the Court as to Neil Jackson

Construction. Further, Plaintiffs and defendant Neil Jeffery Jackson are working towards a

resolution of the outstanding balances due Plaintiffs Trust Funds and that within thirty (30)

days, either the parties will reach a resolution or Defendant Neil Jeffery Jackson will file a

responsive pleading in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

1    It is further stipulated that Defendants were served with the Summons and Complaint on

2 June 5, 2007, their respective answers were due on or before June 25, 2007 and that Defendants

3 have up to and including July 30, 2007 to file a responsive pleading in this action.

4 DATED:  July 6, 2007

5                                             BULLIVANT HOUSER BAILEY PC

6

7                                             By _____
                                              *Ronald L. Richman*

8

9                                             Attorneys for Plaintiffs Trust Funds

10 DATED: July 10, 2007

11                                            GANZER & WILLIAMS

12

13                                            By _____
                                              James E. Ganzer

14

15                                            Attorneys for Defendants

16                                             **ORDER**

17    The parties having so stipulated and good cause appearing,

18    IT IS HEREBY ORDERED that Defendants shall up to and including July 30, 2007 to

19 file a responsive pleading in this action.

20 DATED:  July 25, 2007

21

22                                            By _____
                                              HON. BERNARD ZIMMERMAN

23                                            UNITED STATES MAGISTRATE JUDGE

24

25    IT IS SO ORDERED

26    Judge Bernard Zimmerman

27

28

6082418.1                               – 3 –
                    STIPULATION FOR EXTENSION OF TIME; ORDER THEREON