# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

August 29, 2007

To:

**James Edward Ganzer**
Ganzer & Williams
1617 St. Mark's Plaza, Suite A
P.O.Box 7683
Stockton, CA 95207

Re: Board of Trustees of the Cement Masons Health & Welfare Trust Fund for
the Northern California, et al. v. Neil Jackson Construction, Inc., et al.
C07-2842 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for <u>September 24, 2007 at 4:00 p.m.</u> To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court


By:   _/s/ Lashanda Scott_
        Lashanda Scott
        Courtroom Deputy

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

August 29, 2007

To:    **James Edward Ganzer**
Ganzer & Williams
1617 St. Mark's Plaza, Suite A
P.O.Box 7683
Stockton, CA 95207


Re: Board of Trustees of the Cement Masons Health & Welfare Trust Fund for
the Northern California, et al. v. Neil Jackson Construction, Inc., et al.
C07-2842 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for <u>September 24, 2007 at 4:00 p.m.</u> To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court


By:    /s/ Lashanda Scott
Lashanda Scott
Courtroom Deputy

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

August 29, 2007

To:    **James Edward Ganzer**
Ganzer & Williams
1617 St. Mark's Plaza, Suite A
P.O.Box 7683
Stockton, CA 95207

Re: Board of Trustees of the Cement Masons Health & Welfare Trust Fund for
the Northern California, et al. v. Neil Jackson Construction, Inc., et al.
C07-2842 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge
Bernard Zimmerman.  A hearing has since been scheduled for **September 24, 2007 at 4:00 p.m.**
To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party
must consent to, or decline to proceed before, Judge Zimmerman.  We have no record
of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to
proceed before Judge Zimmerman and a form to complete if you decline.  A party is free
to withhold consent without adverse consequences.  Please complete and electronically
file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court


/s/ *Lashanda Scott*
By:    Lashanda Scott
Courtroom Deputy