UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CEMENT
MASONS HEALTH AND WELFARE TRUST
FUND FOR NORTHERN CALIFORNIA, et al.
                    Plaintiff(s),

              v.

NEIL JACKSON CONSTRUCTION, a
California company, formerly known as KM
JACKSON ENGINEERING, et al.
                    Defendant(s).
_____/

No.  C07-2842 BZ

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 5, 2007

/s/ JAMES E. GANZER
Signature

Counsel for  Defendant
(Plaintiff, Defendant or indicate "pro se")