1  JAMES E. GANZER (#99293)
   GANZER & WILLIAMS
2  1617 St. Mark's Plaza, Suite A
   Post Office Box 7683
3  Stockton, California 95267
   Telephone: (209) 476-1661
4
   Attorneys for Defendants
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 BOARD OF TRUSTEES OF THE          )   Case No. C07 2842 BZ
   CEMENT MASONS HEALTH AND          )
   WELFARE TRUST FUND FOR            )
12 NORTHERN CALIFORNIA, et al.,      )
                                     )
13          Plaintiffs,              )
                                     )
14 vs.                               )
                                     )
15 NEIL JACKSON CONSTRUCTION, a      )
   California company, formerly known as )
16 KM JACKSON ENGINEEERING, a        )
   California company, et al.,       )
17                                   )
            Defendants.              )
18 _____ )

19                        PROOF OF SERVICE

20

21

22

23

24

25

26

27

28

   Proof of Service

<u>PROOF OF SERVICE</u>
CCP 1013a, 2015.5

I, JOANNE SUEYRES, certify and declare as follows:

I am a citizen of the United States and a resident of the County of San Joaquin. I am over the age of 18 years and not a party to this action. My business address is 1617 St. Mark's Plaza, Suite A, Post Office Box 7683, Stockton, California 95267, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 5, 2007, at my place of business at Stockton, California, a true copy of the following documents:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

__X__ was sent regular mail for delivery to the addressee as set forth below on the next business day.

RONALD L. RICHMAN
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108

____(**BY FACSIMILE TRANSMISSION**) I served the attached documents by facsimile transmission as follows:

The facsimile machine I used complied with the California Rules of Court, Rule 2003(3). Pursuant to California Rules of Court, Rule 2008, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. The transmission was reported as complete and without error.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 5, 2007         /s/ Joanne Sueyres
                                 JOANNE SUEYRES

Proof of Service