1  JAMES E. GANZER (#99293)
   GANZER & WILLIAMS
2  1617 St. Mark's Plaza, Suite A
   Post Office Box 7683
3  Stockton, California  95267
   Telephone:  (209) 476-1661
4
   Attorneys for Defendants
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  BOARD OF TRUSTEES OF THE          )   Case No.  C 07 2842 BZ
    CEMENT MASONS HEALTH AND          )
    WELFARE TRUST FUND FOR            )   STIPULATION TO APPEAR
12  NORTHERN CALIFORNIA, et al.,      )   TELEPHONICALLY AT CASE
                                      )   MANAGEMENT CONFERENCE
13         Plaintiffs,                )
                                      )   Date:  September 24, 2007
14  vs.                               )   Time:  4:00 p.m.
                                      )   Courtroom: G, Hon. Bernard Zimmerman
15  NEIL JACKSON CONSTRUCTION, a      )   U.S. Courthouse
    California company, formerly known as ) 450 Golden Gate Avenue, 15th Floor
16  KM JACKSON ENGINEEERING, a        )   San Francisco, CA
    California company, et al.,       )
17                                    )
           Defendants.                )
18  _____ )

19
       IT IS HEREBY STIPULATED by and between the parties, plaintiff Board of Trustees of
20
    the Cement Masons Health and Welfare Trust Fund for Northern California and defendants Neil
21
    Jackson Construction, a California corporation formerly known as KM Jackson Engineering, by
22
    and through their attorneys of record, that they will appear by telephone conference at the Case
23
24  Management Conference in this matter on September 24, 2007 at 4:00 p.m.

25  DATED:  September 5, 2007         /s/ JOYE BLANSCETT
26                                    JOYE BLANSCETT
                                      Attorney for Plaintiff
27

28

Stipulation

DATED: September 6, 2007
JAMES E. GANZER
GANZER & WILLIAMS


By: /s/ JAMES E. GANZER
Attorneys for Defendants

J65:Jackson.stip

Stipulation