JAMES E. GANZER (#99293)
GANZER & WILLIAMS
1617 St. Mark's Plaza, Suite A
Post Office Box 7683
Stockton, California 95267
Telephone: (209) 476-1661

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEEERING, a California company, et al.,<br><br>Defendants. | Case No. C 07 2842 BZ<br><br>ORDER ALLOWING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Date:   September 24, 2007<br>Time:   4:00 p.m.<br>Courtroom: G, Hon. Bernard Zimmerman<br>U.S. Courthouse<br>450 Golden Gate Avenue, 15th Floor<br>San Francisco, CA |

Pursuant to the stipulation of the parties filed herein:

IT IS HEREBY ORDERED that the parties, plaintiff Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California and defendants Neil Jackson Construction, a California corporation formerly known as KM Jackson Engineering, by and through their attorneys of record, shall appear by telephone conference at the Case Management Conference in this matter on September 24, 2007 at 4:00 p.m.

DATED: _____

_____
MAGISTRATE JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA

Order