1  JAMES E. GANZER (#99293)
   GANZER & WILLIAMS
2  1617 St. Mark's Plaza, Suite A
   Post Office Box 7683
3  Stockton, California 95267
   Telephone: (209) 476-1661
4
   Attorneys for Defendants
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEEERING, a California company, et al.,<br><br>Defendants. | Case No. C 07 2842 BZ<br><br>ORDER ALLOWING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: September 24, 2007<br>Time: 4:00 p.m.<br>Courtroom: G, Hon. Bernard Zimmerman<br>U.S. Courthouse<br>450 Golden Gate Avenue, 15th Floor<br>San Francisco, CA |

19   Pursuant to the stipulation of the parties filed herein:

20   IT IS HEREBY ORDERED that the parties, plaintiff Board of Trustees of the Cement

Masons Health and Welfare Trust Fund for Northern California and defendants Neil Jackson

Construction, a California corporation formerly known as KM Jackson Engineering, by and

through their attorneys of record, shall appear by telephone conference at the Case Management

Conference in this matter on September 24, 2007 at 4:00 p.m.

DATED: 7 Sept 07                 _____
                                 MAGISTRATE JUDGE OF THE NORTHERN
                                 DISTRICT OF CALIFORNIA

Counsel should call the court at 4pm

Order