**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **09/24/2007**

**C07-2842 BZ**
**C07-2843 BZ**

**Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al. v. Neil Jackson Construction, et al.**
**Board of Trustees of the Laborers Health and Welfare Trust for the Northern California, et al. v. Neil Jackson Construction Inc., et al.**

Attorneys:   Joye Blanscett   James Ganzer

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**   Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                          **RULING:**

1. Telephonic Case Management Conference        Matter Held
2. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel will exchange disclosures by October 1, 2007. Court Trial set for July 1, 2008 at 8:30 a.m. Counsel agree to participate in court sponsored mediation. Session to occur in November/December.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court  XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
       (  ) By Court      (  ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date -                     Trial Date-
                                          Type of Trial:

Notes:_____