# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Board of Trustees of the Cement Masons Health & Welfare and Board of Trustees of the Laborers Health & Welfare,<br><br>    Plaintiff(s),<br> v.<br>Neil Jackson Construction Inc.,<br>    Defendant(s). | 07-02842 and 07-02843 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

 The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Suzanne Nusbaum**
    Impartia
    119 Millrich Dr.
    Los Gatos, CA 95030-2213
    408-399-2688

 Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the

1 phone conference.

2

3     Counsel are reminded that the written mediation statements required by the ADR
4 L.R. 6-7 shall NOT be filed with the court.

5

6 Dated: September 27, 2007

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov