1   Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
2   BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
3   San Francisco, California 94108
    E-mail: ron.richman@bullivant.com
4   Telephone: 415.352.2700
    Facsimile: 415.352.2701
5
    Attorneys for Plaintiffs
6

7
                        UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11  BOARD OF TRUSTEES OF THE CEMENT          Case No.: C 07 2842 BZ
    MASONS HEALTH AND WELFARE TRUST
12  FUND FOR NORTHERN CALIFORNIA;
    BOARD OF TRUSTEES OF THE CEMENT
13  MASONS VACATION-HOLIDAY TRUST            **NOTICE OF CHANGE IN COUNSEL**
    FUND FOR NORTHERN CALIFORNIA;
14  BOARD OF TRUSTEES OF THE CEMENT
    MASONS PENSION TRUST FUND FOR
15  NORTHERN CALIFORNIA; and BOARD OF
    TRUSTEES OF THE CEMENT MASONS
16  TRAINING TRUST FUND FOR NORTHERN
    CALIFORNIA,
17
                    Plaintiffs,
18
          vs.
19
    NEIL JACKSON CONSTRUCTION, a
20  California company, formerly known as KM
    JACKSON ENGINEERING, a California
21  company; and NEIL JEFFERY JACKSON, an
    Individual,
22
                    Defendants.
23
    BOARD OF TRUSTEES OF THE               Case No.:  C 07 2843 BZ
24  LABORERS HEALTH AND WELFARE
    TRUST FUND FOR NORTHERN
25  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS VACATION-HOLIDAY
26  TRUST FUND FOR NORTHERN
    CALIFORNIA; BOARD OF TRUSTEES OF
27  THE LABORERS PENSION TRUST FUND
    FOR NORTHERN CALIFORNIA; and
28  BOARD OF TRUSTEES OF THE
    LABORERS TRAINING AND RETRAINING

6089291.1                          – 1 –

NOTICE OF CHANGE IN COUNSEL

1

2 TRUST FUND FOR NORTHERN
CALIFORNIA,
3

4
                    Plaintiffs,
5
        vs.
6
NEIL JACKSON CONSTRUCTION, a
7 California company, formerly known as KM
JACKSON ENGINEERING, a California
8 company; and NEIL JEFFERY JACKSON, an
Individual,
9
                    Defendants.
10

11      TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

12      PLEASE TAKE NOTICE that JOYE BLANSCETT, State Bar No. 191242 is no longer

13 associated with Bullivant Houser Bailey PC, and should be removed from the electronic notice

14 and service list for this matter.

15 DATED:  November 9, 2007

16                              BULLIVANT HOUSER BAILEY PC

17

18                      By    _____
                              Ronald L. Richman
19                            Susan J. Olson

20                            Attorneys for Plaintiffs Trust Funds

21

22

23

24

25

26

27

28

6089291.1                           – 2 –
                        NOTICE OF CHANGE IN COUNSEL