1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE CEMENT        | Case No.: C 07 2842 BZ
   | MASONS HEALTH AND WELFARE TRUST
12 | FUND FOR NORTHERN CALIFORNIA;
   | BOARD OF TRUSTEES OF THE CEMENT
13 | MASONS VACATION-HOLIDAY TRUST         | **STIPULATION FOR DISMISSAL OF**
   | FUND FOR NORTHERN CALIFORNIA;         | **BREACH OF FIDUCIARY DUTY CAUSE**
14 | BOARD OF TRUSTEES OF THE CEMENT       | **OF ACTION; ORDER THEREON**
   | MASONS PENSION TRUST FUND FOR
15 | NORTHERN CALIFORNIA; and BOARD OF
   | TRUSTEES OF THE CEMENT MASONS
16 | TRAINING TRUST FUND FOR NORTHERN
   | CALIFORNIA,
17
18 |          Plaintiffs,

19 |     vs.

20 | NEIL JACKSON CONSTRUCTION, a
   | California company, formerly known as KM
21 | JACKSON ENGINEERING, a California
   | company; and NEIL JEFFERY JACKSON, an
22 | Individual,

23 |          Defendants.

   | BOARD OF TRUSTEES OF THE             | Case No.: C 07 2843 BZ
24 | LABORERS HEALTH AND WELFARE
   | TRUST FUND FOR NORTHERN
25 | CALIFORNIA; BOARD OF TRUSTEES OF
   | THE LABORERS VACATION-HOLIDAY
26 | TRUST FUND FOR NORTHERN
   | CALIFORNIA; BOARD OF TRUSTEES OF
27 | THE LABORERS PENSION TRUST FUND
   | FOR NORTHERN CALIFORNIA; and
28 | BOARD OF TRUSTEES OF THE
   | LABORERS TRAINING AND RETRAINING

1  TRUST FUND FOR NORTHERN
    CALIFORNIA,
2
            Plaintiffs,
3
        vs.
4
    NEIL JACKSON CONSTRUCTION, a
5   California company, formerly known as KM
    JACKSON ENGINEERING, a California
6   company; and NEIL JEFFERY JACKSON, an
    Individual,
7
            Defendants.
8

9                          **STIPULATION**

10      IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the

11  Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of

12  the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of

13  the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the

14  Cement Masons Training Trust Fund for Northern California, on the one hand, and Defendants

15  Neil Jackson Construction, a California company and Neil Jeffery Jackson, an individual, and

16  each of them, on the other hand, that the Third Claim For Relief, Breach of Fiduciary Duty, be

17  dismissed, with prejudice, as against all Defendants.

18  DATED: December 7, 2007          Plaintiffs

19                                    By: _____

20                                    Its: A/R MANAGER

21

22  DATED: December 6, 2007          Neil Jackson Construction, a California
                                     Company
23
24                                    By: _____

25                                    Its: _____

26
27  DATED: December 6, 2007          By: _____
                                         Neil Jeffery Jackson
28

6090122.1                          – 2 –
            STIPULATION FOR DISMISSAL; ORDER THEREON

1      The undersigned counsel have advised their clients regarding this Stipulation and have

2 approved it as to form.

3 DATED: December 6, 2007

4

5                                BULLIVANT HOUSER BAILEY PC

6

7                        By _____

                                 Ronald L. Richman

8                                Attorneys for Plaintiffs

9 DATED: December 6, 2007

10

11                                GANZER & WILLIAMS

12

13                        By _____

                                 James E. Ganzer

14                                Attorneys for Defendants

15

16

17                            **ORDER**

18      The parties having so Stipulated:

19      IT IS HEREBY ORDERED that the Third Claim For Relief, Breach of Fiduciary Duty,

20 be dismissed, with prejudice, as against all Defendants.

21 Dated: _____, 2007

22

23                              Hon. Bernard Zimmerman

                             United States Magistrate Judge

24

25

26

27

28