1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

11  BOARD OF TRUSTEES OF THE CEMENT        Case No.: C 07 2842 BZ
    MASONS HEALTH AND WELFARE TRUST
12  FUND FOR NORTHERN CALIFORNIA;
    BOARD OF TRUSTEES OF THE CEMENT
13  MASONS VACATION-HOLIDAY TRUST          **STIPULATED JUDGMENT**
    FUND FOR NORTHERN CALIFORNIA;
14  BOARD OF TRUSTEES OF THE CEMENT
    MASONS PENSION TRUST FUND FOR
15  NORTHERN CALIFORNIA; and BOARD OF
    TRUSTEES OF THE CEMENT MASONS
16  TRAINING TRUST FUND FOR NORTHERN
    CALIFORNIA,
17
                    Plaintiffs,
18
            vs.
19
    NEIL JACKSON CONSTRUCTION, a
20  California company, formerly known as KM
    JACKSON ENGINEERING, a California
21  company; and NEIL JEFFERY JACKSON, an
    Individual,
22
                    Defendants.
23
    BOARD OF TRUSTEES OF THE             Case No.: C 07 2843 BZ
24  LABORERS HEALTH AND WELFARE
    TRUST FUND FOR NORTHERN
25  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS VACATION-HOLIDAY
26  TRUST FUND FOR NORTHERN
    CALIFORNIA; BOARD OF TRUSTEES OF
27  THE LABORERS PENSION TRUST FUND
    FOR NORTHERN CALIFORNIA; and
28  BOARD OF TRUSTEES OF THE
    LABORERS TRAINING AND RETRAINING

6089941.1                        – 1 –

1

2 TRUST FUND FOR NORTHERN
CALIFORNIA,

3

4
                    Plaintiffs,

5
        vs.

6
NEIL JACKSON CONSTRUCTION, a
7 California company, formerly known as KM
JACKSON ENGINEERING, a California
8 company; and NEIL JEFFERY JACKSON, an
Individual,

9
                    Defendants.

10
## STIPULATION

11
        IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the

12
Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of

13
the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of

14
the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the

15
Cement Masons Training Trust Fund for Northern California, on the one hand, and Defendants

16
Neil Jackson Construction, a California company and Neil Jeffery Jackson, an individual, jointly

17
and severally, on the other hand, that Judgment shall be entered in favor of Plaintiffs Board of

18
Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board

19
of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board

20
of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of

21
Trustees of the Cement Masons Training and Retraining Trust Fund for Northern California and

22
against Defendants Neil Jackson Construction, a California Company, and Neil Jeffery Jackson,

23
/ / /

24
/ / /

25
/ / /

26
/ / /

27
/ / /

28

1

2    an individual, and each of them, in the amount of $19,250.53.

3

4    DATED: December 7, 2007        Plaintiffs

5

6                             By *John J. Hagan*

7                             Its *A/R MANAGER*

8

9    DATED: December 2007       Neil Jackson Construction, a California

10                             Company

11

12                             By

13                             Its *President*

14

15    DATED: December 2007

16

17                             By

18                             Neil Jeffery Jackson

19

20

21

22

23

24

25

26

27

28

60899941.1           – 3 –
STIPULATED JUDGMENT

1

2    The undersigned counsel have advised their clients regarding this Stipulation and have

3    approved it as to form.

4    DATED: December __, 2007

5                                              BULLIVANT HOUSER BAILEY PC

6

7

8    By _____
                                              Ronald L. Richman
9                                             Attorneys for Plaintiffs

10   DATED: December // , 2007

11                                             GANZER & WILLIAMS

12

13   By _____
                                              James E. Ganzer
14                                            Attorneys for Defendants

15

16                            **JUDGMENT**

17       Based on the Stipulation for Judgment,

18       IT IS HEREBY ORDERED that Judgment be entered favor of Plaintiffs Board of

19   Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board

20   of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board

21   of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of

22   Trustees of the Cement Masons Training Trust Fund for Northern California and against

23   Defendants Neil Jackson Construction, a California Company, and Neil Jeffery Jackson, and

24   each of them, in the amount of $19,250.53.

25

26   Dated: _____, 2007

27

28                                            _____
                                              Hon. Bernard Zimmerman
                                              United States Magistrate Judge