1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE CEMENT   | Case No.: C 07 2842 BZ
   | MASONS HEALTH AND WELFARE TRUST   |
12 | FUND FOR NORTHERN CALIFORNIA;     |
   | BOARD OF TRUSTEES OF THE CEMENT   |
13 | MASONS VACATION-HOLIDAY TRUST     | **STIPULATION FOR DISMISSAL OF**
   | FUND FOR NORTHERN CALIFORNIA;     | **BREACH OF FIDUCIARY DUTY CAUSE**
14 | BOARD OF TRUSTEES OF THE CEMENT   | **OF ACTION; ORDER THEREON**
   | MASONS PENSION TRUST FUND FOR     |
15 | NORTHERN CALIFORNIA; and BOARD OF |
   | TRUSTEES OF THE CEMENT MASONS     |
16 | TRAINING TRUST FUND FOR NORTHERN  |
   | CALIFORNIA,                       |
17 |                                   |
   |         Plaintiffs,               |
18 |                                   |
   |    vs.                            |
19 |                                   |
   | NEIL JACKSON CONSTRUCTION, a      |
20 | California company, formerly known as KM |
   | JACKSON ENGINEERING, a California |
21 | company; and NEIL JEFFERY JACKSON, an |
   | Individual,                       |
22 |                                   |
   |         Defendants.               |
23 |                                   |
   | BOARD OF TRUSTEES OF THE          | Case No.: C 07 2843 BZ
24 | LABORERS HEALTH AND WELFARE       |
   | TRUST FUND FOR NORTHERN           |
25 | CALIFORNIA; BOARD OF TRUSTEES OF  |
   | THE LABORERS VACATION-HOLIDAY     |
26 | TRUST FUND FOR NORTHERN           |
   | CALIFORNIA; BOARD OF TRUSTEES OF  |
27 | THE LABORERS PENSION TRUST FUND   |
   | FOR NORTHERN CALIFORNIA; and      |
28 | BOARD OF TRUSTEES OF THE          |
   | LABORERS TRAINING AND RETRAINING  |

6090122.1                          – 1 –
              STIPULATION FOR DISMISSAL; ORDER THEREON

|   |   |
|---|---|
| 1 | TRUST FUND FOR NORTHERN CALIFORNIA, |
| 2 |   |
| 3 | Plaintiffs, |
|   | vs. |
| 4 |   |
| 5 | NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual, |
| 6 |   |
| 7 |   |
| 8 | Defendants. |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the Cement Masons Training Trust Fund for Northern California, on the one hand, and Defendants Neil Jackson Construction, a California company and Neil Jeffery Jackson, an individual, and each of them, on the other hand, that the Third Claim For Relief, Breach of Fiduciary Duty, be dismissed, with prejudice, as against all Defendants.

DATED: December 7, 2007            Plaintiffs

By: _John J. Hagan_ (signature)

Its: _A/R MANAGER_

DATED: December 6, 2007            Neil Jackson Construction, a California Company

By: _(signature)_

Its: _____

DATED: December 6, 2007            By: _(signature)_
                                          Neil Jeffery Jackson

6090122.1                               -2-
STIPULATION FOR DISMISSAL; ORDER THEREON

The undersigned counsel have advised their clients regarding this Stipulation and have approved it as to form.

DATED: December 6, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Attorneys for Plaintiffs

DATED: December 6, 2007

GANZER & WILLIAMS

By _____
James E. Ganzer
Attorneys for Defendants

### ORDER

The parties having so Stipulated:

IT IS HEREBY ORDERED that the Third Claim For Relief, Breach of Fiduciary Duty, be dismissed, with prejudice, as against all Defendants.

Dated: Dec. 7th, 2007

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

6090122.1                    - 0 -
STIPULATION FOR DISMISSAL; ORDER THEREON